# Court of Appeals
# of the State of Georgia

ATLANTA, April 08, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1228. YADLEY AL-BEN GIRARD v. THE STATE.

In 2023, Yadley Al-Ben Girard pled guilty to armed robbery and other crimes; the trial court entered a sentence on March 29, 2023. In 2024, proceeding pro se, Girard filed a demand for discovery, a demand for a speedy trial, and a motion for discovery. On December 13, 2024, the trial court denied Girard's motions in a single order, finding that because Girard had already entered a guilty plea, he was not entitled to the requested relief. On February 10, 2025, Girard filed a notice of appeal, seeking to challenge the trial court's ruling. We, however, lack jurisdiction.

Pretermitting the substantive issues raised by this appeal, the appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Girard's notice of appeal was filed 59 days after entry of the order he wishes to appeal and was untimely. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/08/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*